UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN WALTER HIRSCHER, | No. C-14-0340 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER** |
| BRAD SMITH; *et al.*, | |
| Defendants. | |

Plaintiff has moved for appointment of counsel to represent him in this action. A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *See id.* Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under § 1915(e)(1). Here, exceptional circumstances requiring the appointment of counsel are not evident at this time. The request for appointment of counsel is **DENIED**. (Docket # 16.)

///
///
///
///
///
///

1     The Order of Service filed on July 31, 2014 mistakenly refers to Plaintiff's pleading as an amended complaint and a second amended complaint. The only pleading in the file is Docket # 1, the original complaint filed on January 23, 2014.

    IT IS SO ORDERED.

Dated: September 3, 2014

_____
EDWARD M. CHEN
United States District Judge

2